# United States District Court
## Southern District of Georgia

Lillian J. Cuadrado-Concepcion

_____
Plaintiff

v.

United States of America
_____
Defendant

Case No. 4:19-cv-305

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __December__, __2019__.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Javier A. Morales-Ramos |
| Business Address: | Law Offices of Javier A. Morales-Ramos |
| | Firm/Business Name |
| | 412 De Diego Avenue, Puerto Nuevo |
| | Street Address |
| | San Juan    P.R.    00920 |
| | Street Address (con't)   City   State   Zip |
| | P.O. Box 362677 |
| | Mailing Address (if other than street address) |
| | San Juan,    P.R.    00936-2677 |
| | Address Line 2   City   State   Zip |
| | (787) 356-4616    N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | jamprlaw@yahoo.com |