IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LILLIAN J. CUADRADO-CONCEPCIÓN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-305
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff Lillian J. Caudrado-Concepción's Motion to Withdraw Documents. (Doc. 51.) On August 10, 2020, the Court dismissed Plaintiff's complaint for lack of jurisdiction. (Doc. 42.) Plaintiff filed a Motion to Reconsider (Doc. 45) and a Supplement to Motion to Reconsider (Doc. 46) requesting reconsideration of the Court's order dismissing the complaint. Subsequently, Plaintiff filed a notice of appeal challenging the same order. (Doc. 48.) The Eleventh Circuit stayed Plaintiff's appeal pending the disposition of Plaintiff's motion to reconsider. (Doc. 52.) Plaintiff now requests that the Court allow her to withdraw the motions, "so the appellate process may continue its course." (Doc. 51 at 2.) After careful consideration, Plaintiff's Motion to Withdraw Documents (Doc. 51) is **GRANTED**. Accordingly, Plaintiff's Motion to Reconsider (Doc. 45) and

Supplement to Motion to Reconsider (Doc. 46) are **DISMISSED AS MOOT**.

SO ORDERED this 17th day of November 2020.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA